UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2022

| | |
|---|---|
| JOSE MEJIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>GR8 GRANOLA, LLC,<br><br>Defendant. | 1:22-cv-2520-MKV<br><br><u>ORDER</u> |

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action by filing a complaint on March 28, 2022. [ECF No. 1]. An affidavit of service of summons and complaint was filed on the docket on May 27, 2022. [ECF No. 5]. According to that summons, Defendant's response to the complaint was due May 31, 2022. [ECF No. 5]. No responses were filed, and Plaintiff has not prosecuted this case to date.

Accordingly, IT IS HEREBY ORDERED that Plaintiff must take action to prosecute this matter on or before July 28, 2022. Failure to take any action in this matter may result in dismissal for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

**Date: June 28, 2022**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**